**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DE'MARIO Q DRIVER | 3:13-C-V-01087 |
| DEFENDANT | TYPE OF PROCESS |
| EARL JOHNSON | Summons/Complaint / ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
EARL JOHNSON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7575 Cockrill Bend Blvd, Nashville, TN 37209

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DE'MARIO Q DRIVER #417678
M.C.C.X
P.O. Box 2000
WARTBURG, TN 37887

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 6-13 |
| Check for service on U.S.A. | |

FILED 2013 NOV 21 PM 5:13

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
DeMario Driver
TELEPHONE NUMBER
DATE: 10-25-13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6-6 | No. 75 | No. 75 | Katrina Burch | 11/5/13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11/21/2013  Time: 11:02  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
Katrina Burch

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | 8.00 | $0.00 |

REMARKS: 11/5/13 - Sent Certified mail #1939 to Warden Westbrooks
11/14/13 - Accepted service - served by DSNF Deputy Warden Simmons

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

CPL. MICHAEL FERRISH: _____

LT. FRANK FABISH: _____

CPL. JORGE SANTIAGO _____

CPL. JAMES LINDSEY: _____

C/O QUNTEZ BURKE: *Quntez Burke* [signature]     11-14-13

C/O EARL JOHNSON: *Earl F. Johnson* [signature]    11-14-13


3:13-CV-1087



**STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
LOIS M. DeBERRY SPECIAL NEEDS FACILITY
7575 COCKRILL BEND BOULEVARD
NASHVILLE, TENNESSEE 37209-1057
TELEPHONE (615) 350-2700 / FAX (615) 350-2812**

Katrina Burch
Data Analyst
U.S. Department of Justice
United States Marshal Service
110 9th Avenue South, Room A-750
Nashville, Tennessee 37209

Dear Ms. Burch:

The attached Summons and Complaints (Civil Action No. 3:13-CV-01087) for Cpl. Michael Ferrish, Lt. Frank Fabish, and Jorge Santiago are being returned to you. A check with our Human Resource Department indicates they are no longer employed by Lois M. DeBerry Special Needs Facility. Cpl. James Lindsey has been out on workers comp and/or FMLA since May 16th 2013.

Sincerely

Charles N. Simmons
Deputy Warden

**CS/aj**

**CC:   File**

11/18/13

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RECEIVED
IN CLERK'S OFFICE

OCT 30 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

De'Mario Q Driver
*Plaintiff*

v.

c/o Earl Johnson
*Defendant*

Civil Action No. 3:13-CV-01087

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

C/o Earl Johnson
D.S.N.F
7575 Cockrill Bend Blvd
Nashville, TN 37209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

De'Mario Driver #417678
M.C.C.X
P.O. Box 2000
Wartburg TN 37887

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 11/4/13