Name: De'Mario Driver #417678

Case Number: 3:13-CV-1087

Re: Change of Address.

Date: 2-18-14

New Address - RMSI - 4/C - 204
7475 Cockrill Bend Blvd
Nashville, TN 37209

RECEIVED IN CLERK'S OFFICE
FEB 20 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

Also I am request a Dockit Text summary.

Thank You
De'Mario Driver

DE'MARIS DRIVER #417678
RMSI
7475 COCKRILL BEND Blvd
NASHVILLE, TN 37209



NASHVILLE TN 370
19 FEB 2014 PM 5 L

RECEIVED
IN CLERK'S OFFICE
FEB 20 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
Middle DISTRICT OF TENNESSEE
801 BROADWAY, Rm. 800
NASHVILLE, TENNESSEE 37203

RECEIVED
FEB 19 2014
RMSI-MAILROOM
OUTGOING LEGAL

