```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

DE'MARIO DRIVER #417678,        )
                                )
        Plaintiff               )
                                )       No. 3:13-1087
v.                              )       Judge Trauger/Bryant
                                )       **Jury Demand**
FRANK FABISH, *et al*.,         )
                                )
        Defendants              )

## **O R D E R**

Plaintiff Driver, a prisoner proceeding *pro se* and *in forma pauperis*, has filed two identical requests for addresses of persons being subpoenaed as a witness (Docket Entry Nos. 21 and 29). From a review of these requests, the undersigned Magistrate Judge construes them as a request by Plaintiff for current addresses of named Defendants who have not been served with process. In particular, the record indicates that the summons issued to Defendant Jorge Santiago and Frank Fabish have been returned unexecuted marked "No longer employed" (Docket Entry Nos. 11, 12, 24 and 25). Similarly, the summons issued to Defendant James Lindsey has been returned unexecuted with the explanation "Addressee on FMLA/Workers Comp since May 16, 2013" (Docket Entry No. 10 at 4).

Plaintiff's requests (Docket Entry Nos. 21 and 29) are **GRANTED**. Counsel for the served Defendants shall file **under seal** by **April 25, 2014**, the last known addresses for Defendants Fabish, Santiago and Lindsey. Upon the filing of these addresses, the United States Marshals Service shall attempt service of process on these Defendants.

It is so **ORDERED**.

/s/  John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge