

UNITED STATES POSTAL SERVICE

NASHVILLE TN

05 AUG 2014 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED
AUG 05 2014
RMSI-MAILROOM
INCOMING LEGAL

CLERK, U.S. DISTRICT COURT
SUITE 800, 801 BROADWAY
NASHVILLE, TN. 37203

RECEIVED
CLERK'S OFFICE
AUG 06 2014
U.S. DISTRICT COURT
MID. DIST. TENN

3:13CV1087
#64

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) DEMARIO DRIVER<br>C. Date of Delivery |
| 1. Article Addressed to:<br><br>3:13cv1087 #64<br>De'Mario Driver #417678<br>RMSI<br>7475 Cockrill Bend Blvd<br>Nashville, TN 37209 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 3020 0001 9634 0933 |

PS Form 3811, July 2013       Domestic Return Receipt