# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

11 - 7:30
Wed

| | ) |
|---|---|
| DE'MARIO DRIVER | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:13-cv-1087 |
| Frank Fabish, Michael Ferrish, Jorge Santiago, James Lindsey, Earl Johnson, Quntez Burke, JOHN DOE I (a/k/a LESLIE MITCHELL), and John Doe II | ) |
| *Defendant(s)* | ) |

TSA
Metro BNA

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe I, also known as LESLIE MITCHELL
219 Cinderella Ln.
Clarksville, TN 37042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tricia Herzfeld, Esq.
Elliott Ozment, Esq.
OZMENT LAW
1214 Murfreesboro Pike
Nashville, TN 37217
Phone: (615) 321-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: FEB 13 2015

*Signature of Clerk or Deputy Clerk*

**SERVICE COPY**

Return

Civil Action No. 3:13-cv-1087

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LESLIE MITCHELL

was received by me on *(date)* 2/23/15 .

☑ I personally served the summons on the individual at *(place)* Nashville International Airport 1 Terminal Dr. Nashville TN on *(date)* 2/25/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/25/15

*Server's signature*: Chelsey A Fuller (signed)

*Printed name and title*: Chelsey A Fuller

*Server's address*: 133 Santa Fe Trail Mount Juliet TN 37122

X (signature)

Additional information regarding attempted service, etc: