IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DE'MARIO DRIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-cv-01087 |
| ) | Judge Trauger |
| LT. FRANK FABISH, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On March 27, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 261), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED as follows:

1. The plaintiff's Motion for Default Judgment against defendant Jorge Santiago (Docket No. 231) is GRANTED and default judgment is hereby entered against defendant Santiago in the amount of $20,000.00.

2. The plaintiff's Motion for an Award of Attorney's Fees (Docket No. 249) is GRANTED, and the plaintiff is awarded reasonable attorney's fees, to be paid by defendant Santiago, in the amount of $16,520.00.

3. The "John Doe II" defendant is DISMISSED from this case.

This Order constitutes the final judgment in this case.

It is so **ORDERED**.

ENTER this 17th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge