**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

RECEIVED

MAY 27 2025

US DISTRICT COURT
MID DIST TENN

| | | |
|---|---|---|
| **DEMARIO DRIVER,**<br>**Plaintiff** | §<br>§<br>§<br>§ | |
| **vs.** | §<br>§ | **Case # 3:13-cv-1087** |
| **FABISH, et al.,**<br>**Defendants** | §<br>§<br>§<br>§ | |

## REQUEST FOR SANCTIONS FOR BREACH OF CONTRACT

Comes now the Plaintiff, DeMario Driver, and requests of this court to issue all allowed sanctions against Defendant Quitez Burke for a breach of contract in the agreed-upon settlement in the above-styled case. In support of this request, Plaintiff would show as follows:

1. In June of 2017, Defendant Quitez Burke agreed to settle Plaintiff's lawsuit against him for 15 consecutive monthly payments of $100 starting no later than July 15, 2017; however, Defendant failed to make payment after the first payment and is now in breach of the contract. See attached *Exhibit A* (Settlement Agreement)

2. Plaintiff avers that without this Court awarding punitive sanctions against Defendant, Defendant will continue to fail to be in breach of contract and will not abide by the terms of the settlement, yet has already been awarded the *benefit* of the settlement by being dropped from this lawsuit. See attached *Exhibit B* (Emails to Quitez Burke regarding breach of contract).

WHEREFORE, Plaintiff respectfully requests of this Honorable Court to issue punitive sanctions against Defendant Quitez Burke and help to enforce the terms of the agreed settlement by ordering said Defendant to make payment in full of the agreed upon settlement plus interest and penalties immediately.

Respectfully submitted,

DeMario Driver # 417678
Riverbend Max. Sec. Inst.
7475 Cockrill Bend. Blvd.
Nashville, TN 37209

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Request for Sanctions for Breach of Contract has been sent, via United States Mail, postage prepaid, to Quitez Burke, 2125 Grandy Ave., Norfolk, Virginia 23504, last known address of the Defendant.

DeMario Driver

Mr. DeMario Driver # 417678
Riverbend Maximum Security Institution
7475 Cockrill Bend Rd.
Nashville, TN 37209-1048

**LEGAL MAIL**

RECEIVED
MAY 2 0 2025

RASI MAILROOM
OUTGOING E.C.I.

3720037055 0019

RECEIVED
MAY 27 2025
US DISTRICT COURT
MID DIST TENN

Clerk of Court Lynda M. Hill
Fred D. Thompson US Cthse
719 Church St., Ste 1300
Nashville, TN 37203

FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 37243 $ 000.97⁰
02 4W 243
0000390138 MAY 21 2025



The Dept of Corrections/Rivr. HAS NOT inspected nor censored and is not responsible for the contents