IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DE'MARIO DRIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-cv-01087 |
| | ) | Judge Trauger |
| LT. FRANK FABISH, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 4, 2025, the Magistrate Judge issued a Report and Recommendation (Doc No. 284), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's *pro se* Request for Sanctions for Breach of Contract (Doc. No. 282) is DENIED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge